■ In the Matter of AUDREY ELAINE SILLS, as Temporary Administratrix of the Estate of ANGELINE V. SILLS, Deceased, Appellant, v FLEET NATIONAL BANK et al., Respondents. (And Another Action and Another Proceeding.) AUDREY PATRONE PEARTREE, as Guardian ad Litem, Respondent. (Appeal No. 1.) [820 NYS2d 826]—Appeal from an order of the Supreme Court, Steuben County (Marianne Furfure, A.J.), entered December 27, 2004. The order denied the motion of Robert Sills, as guardian of the person and property of Angeline V. Sills, seeking, inter alia, to terminate the appointment of the guardian ad litem or to preclude her from settling or discontinuing certain lawsuits.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of Sills v Fleet Natl. Bank* (32 AD3d 1157 [2006]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Smith, JJ.